UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

**JENNIFER DITTER** * CASE NO. 5:18-cv-0287

**VERSUS** * JUDGE TERRY A. DOUGHTY

**REHAB SERVICES OF NE LAW, LLC, ET AL.** * MAG. JUDGE KAREN L. HAYES

### REPORT AND RECOMMENDATION

Before the Court is a Motion to Dismiss (doc. # 4) filed by Defendants, Rehab Services of NE LA, LLC, Matthew St. Amant, and Christopher Mudd. Plaintiff filed a response in opposition to the motion (doc. # 8) as well as a Motion for Leave to File Amended Complaint (doc. # 9), which was granted by this court on July 12, 2018. A review of the amended complaint shows that it clearly states a cause of action, and that Defendants' Motion to Dismiss is therefore moot. Accordingly,

IT IS RECOMMENDED that the Motion to Dismiss (doc. # 4) filed by Defendants be DENIED AS MOOT.

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and F.R.C.P. Rule 72(b), the parties have **fourteen (14) days** from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within **fourteen (14) days** after being served with a copy thereof. A courtesy copy of any objection or response or request for extension of time shall be furnished to the District Judge at the time of filing. Timely objections will be considered by the District Judge before a final ruling issues.

**A PARTY'S FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT ON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

In Chambers, at Monroe, Louisiana, this 23rd day of July 2018.

KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE