# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | | |
|---|---|---|
| **JENNIFER DITTER** | * | **CASE NO. 5:18-cv-0287** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **REHAB SERVICES OF NE LAW, LLC, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

### J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss (Doc. No. 4) filed by Defendants, Rehab Services of NE LA, LLC, Matthew St. Amant, and Christopher Mudd is **DENIED AS MOOT**.

Monroe, Louisiana, this 2nd day of August, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**